ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Goodloe Marine, Inc. | ) | ASBCA No. 60038 |
| | ) | |
| Under Contract No. W912P8-12-C-0056 | ) | |

APPEARANCE FOR THE APPELLANT:       Maria L. Panichelli, Esq.
                                     Cohen Seglias Pallas Greenhall & Furman PC
                                     Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                     Engineer Chief Trial Attorney
                                    Stephan C. Roth, Esq.
                                     District Counsel
                                    J. Emmanuel I. Santa Teresa, Esq.
                                    David R. Dyer, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, New Orleans

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 January 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60038, Appeal of Goodloe Marine, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals